# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI JAMES, | Case No. 14CV0314 BEN DHB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| SAN DIEGO CHRISTIAN COLLEGE, a California corporation, and DOES 1-25, inclusive, | [Docket No. 12] |
| Defendants. | |

Presently before this Court is the Parties' Joint Motion to Dismiss.  (Docket No. 12.)  The Motion is **GRANTED**.  This action is **DISMISSED with prejudice**. The Clerk shall close the file.

   **IT IS SO ORDERED.**

DATED: March 26, 2015

HON. ROGER T. BENITEZ
United States District Court Judge